| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | HANNAH LABAREE, SBN # 294338 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | RYAN NIALL MEADOWS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-mj-0036-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE** |
| | ) **June 19, 2019 REVIEW HEARING** |
| vs. | ) |
| RYAN NIALL MEADOWS, | ) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

Defendant Ryan Niall Meadows hereby requests that the Court vacate the June 19, 2019 review hearing. The Government is in agreement with the request.

On July 18, 2018, Mr. Meadows pleaded guilty to the Count 1 of the Amended Complaint. The government dismissed Counts 2 and 3. The Court sentenced Mr. Meadows to 12 months of unsupervised probation with the conditions that he pay a $990 fine and $10 penalty assessment in full by May 20, 2019, that he obey all laws, and, if cited, to report \law enforcement contact within 7 days, and that he inform court within 7 days of any change in address. He was further ordered to appear at a review hearing set for June 19, 2019, at 10:00 A.M.

Mr. Meadows reports that he has paid the fines and special assessment in full as of December 3, 2018. Per communication from the court clerk, this Court has received

-1-

confirmation of that payment.

Mr. Meadows has been compliant in all other aspects of his probation.

The parties agree that Mr. Meadows is in compliance with the terms of his probation. Accordingly, the parties request that the Court vacate the June 19, 2019 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 16, 2019                  */s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorneys for Defendant
RYAN NIALL MEADOWS

Date: May 16, 2019                  MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 19, 2019 hearing for Ryan Niall Meadows, Case No. 6:18-mj- 00036-JDP, is hereby vacated.

IT IS SO ORDERED.

Dated:   May 20, 2019                                   /s/ Jeremy Peterson
                                                UNITED STATES MAGISTRATE JUDGE